**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Anglin Cultured Stone Products LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | FDBA  Anglin Construction |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-3304790 |
| 4. | Debtor's address | **Principal place of business**<br><br>**873 Salem Church Road**<br>**Newark, DE 19702**<br>Number, Street, City, State & ZIP Code<br><br>**New Castle**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | anglinconstruction.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Anglin Cultured Stone Products LLC**    Case number (*if known*)
          Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| | | |
|---|---|---|
| District \_\_\_\_\_ | When \_\_\_\_\_ | Case number \_\_\_\_\_ |
| District \_\_\_\_\_ | When \_\_\_\_\_ | Case number \_\_\_\_\_ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor \_\_\_\_\_ | | Relationship \_\_\_\_\_ |
| District \_\_\_\_\_ | When \_\_\_\_\_ | Case number, if known \_\_\_\_\_ |

Debtor  **Anglin Cultured Stone Products LLC**  Case number (*if known*) _____
       Name

**11. Why is the case filed in this district?**  *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☒ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☒ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☒ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Anglin Cultured Stone Products LLC**  Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/08/2021
             MM / DD / YYYY

X _/s/ Stuart L. Anglin_____     **Stuart L. Anglin**
Signature of authorized representative of debtor    Printed name

Title  **Sole Member and Manager**

**18. Signature of attorney**

X _/s/ Charles J. Brown, III_____     Date  02/08/2021
Signature of attorney for debtor                         MM / DD / YYYY

**Charles J. Brown, III**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  302-425-5813     Email address  cbrown@gsbblaw.com

**3368 DE**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Anglin Cultured Stone Products LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02-08-21   X _____
                              Signature of individual signing on behalf of debtor

**Stuart L. Anglin**
Printed name

**Sole Member and Manager**
Position or relationship to debtor

## RESOLUTION OF ANGLIN CULTURED STONE PRODUCTS LLC

I, Stuart Anglin, manager and sole member of Anglin Cultured Stone Products LLC a Delaware limited liability company (the "Company"), hereby certify that, on 2/5/2021 the following resolution was duly adopted by the Company and duly recorded in the minute books of the Company, and that they have not been amended, modified, or rescinded, and accordingly, are in full force and effect as of the date hereof. The undersigned hereby consents to the following actions and adopt the following resolutions (this "Resolution"):

**RESOLVED**: That the Company shall be, and hereby is, authorized and directed to: (a) file a voluntary petition (the "Petition") for relief under chapter 11, subchapter 5 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect the foregoing.

**RESOLVED**: That Stuart Anglin shall be, and hereby is, authorized and empowered on behalf of and in the name of the Company to: (a) execute and verify the Petition, as well as all other ancillary documents, and cause the Petition to be filed with the Bankruptcy Court and make or cause to be made prior to execution thereof any modification to the Petition or ancillary documents as Stuart Anglin, in his discretion, deems necessary or desirable to carry out the intent and accomplish the purpose of this Resolutions; (b) execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as Stuart Agnlin may approve.

**RESOLVED**: That the Company shall be, and hereby is, authorized and empowered to retain, on behalf of the Company: (a) Gellert Scali Busenkell & Brown LLC, as bankruptcy counsel to the Company; and (b) such additional professionals, including attorneys, accountants, consultants, or brokers, as may be necessary or desirable in connection with the Company's chapter 11 case and other related matters.

**RESOLVED**: That in addition to the specific authorizations heretofore conferred upon Stuart Anglin, he is hereby authorized, directed, and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, consents, including the appropriate consents or resolutions for each of its wholly-owned subsidiaries; and other documents, and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED**: That all acts lawfully done or actions lawfully taken or to be taken by any officer or officers of the Company in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed, and approved.

1

This Resolution may be executed in one or more counterparts and may be delivered via facsimile or Portable Document Format (PDF), each of which shall be deemed an original and all of which taken together shall constitute one and the same consent.

Dated: 2/5/2021

_____
Name Stuart Anglin
Title Sole Member and Manager

**Fill in this information to identify the case:**

Debtor name: Anglin Cultured Stone Products LLC
United States Bankruptcy Court for the: DISTRICT OF DELAWARE
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Alban Cat<br>PO Box 64251<br>Baltimore, MD 21264 | | | | | | $13,720.39 |
| Ascentium<br>23970 Highway 59 North<br>Kingwood, TX 77339 | | | | | | $216,424.42 |
| Commercial Credit Group<br>15 Churchville Rd, Suite 137<br>Bel Air, MD 21014 | | | | | | $35,258.64 |
| Criterium-Jagaisi<br>1500-B Shallcross Avenure, Suite 2A<br>Wilmington, DE 19806 | | | | | | $13,422.50 |
| Crouse Brothers<br>415 W. Pulaski Highway<br>Elkton, MD 21921 | | | | | | $12,724.95 |
| Direct Cabinets<br>2020 N. Springdale Rd, Unit 500<br>Cherry Hill, NJ 08003 | | | | | | $18,740.18 |
| Enhanced HVAC<br>528 N. Redfox Circle,<br>Middletown, DE 19709 | | | | | | $30,738.00 |
| Fox Capital<br>140 Boradway Street, 46th Floor<br>New York, NY 10005 | | | | | | $140,000.00 |

Debtor **Anglin Cultured Stone Products LLC**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Grubb Lumber<br>200 A Street<br>Wilmington, DE 19801 | | | | | | $31,920.83 |
| J&T Concrete<br>84 Salem Church Rd<br>Newark, DE 19702 | | | | | | $17,284.00 |
| Just Rite Equipment<br>P.O. Box 414746<br>Boston, MA 02241-4746 | | | | | | $13,914.15 |
| Leading Edge<br>560 People's Plaza<br>Newark, DE 19702 | | | | | | $48,719.00 |
| MD Electric<br>325 Meadow Glen Drive<br>Bear, DE 19701 | | | | | | $30,488.44 |
| Newtek<br>212 West 35th Street, 2nd Floor<br>New York, NY 10001 | | | | $3,583,861.86 | $3,000,000.00 | $583,861.86 |
| Pearl Capital<br>1501 Broadway Street Suite 1511<br>New York, NY 10036 | | | | | | $110,000.00 |
| RSS Racing<br>408 Golden Oak Court<br>Bel Air, MD 21009 | | | | | | $10,000.00 |
| Shurline<br>P.O. Box 249<br>281 W Commerce Street<br>Kenton, DE 19955 | | | | | | $43,220.00 |
| Statewide Plumbing<br>743 Clayton Delaney Road<br>Clayton, DE 19938 | | | | | | $11,196.50 |
| Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | | | | | | $22,694.60 |
| Wells Fargo<br>P.O. Box 29710<br>Phoenix, AZ 85038 | | | | | | $63,215.68 |

**United States Bankruptcy Court**
District of Delaware

In re  Anglin Cultured Stone Products LLC
                                    Debtor(s)

Case No. _____
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Anglin Cultured Stone Products LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

Date  2/8/2021

Charles J. Brown, III
Signature of Attorney or Litigant
Counsel for   Anglin Cultured Stone Products LLC
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801
302-425-5813 Fax:302-425-5814
cbrown@gsbblaw.com

**United States Bankruptcy Court**
**District of Delaware**

In re   Anglin Cultured Stone Products LLC
                              Debtor(s)

Case No. _____
Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Stuart Anglin<br>873 Salem Church Rd.<br>Newark, DE 19702 | | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member and Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   02-08-21        Signature   _Stuart L. Anglin_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Delaware

In re   Anglin Cultured Stone Products LLC                                Case No.   _____
                              Debtor(s)                                    Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the Sole Member and Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  02-08-21                                 _____
                                                Stuart L. Anglin/Sole Member and Manager
                                                Signer/Title

ANGLIN CULTURED STONE PRODUCTS
873 SALEM CHURCH ROAD
NEWARK, DE 19702

GRUBB LUMBER
200 A STREET
WILMINGTON, DE 19801

SUNBELT RENTALS
P.O. BOX 409211
ATLANTA, GA 30384-9211

CHARLES J. BROWN, III
GELLERT SCALI BUSENKELL & BROWN,
1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DE 19801

J&T CONCRETE
841 SALEM CHURCH RD
NEWARK, DE 19702

WELLS FARGO
P.O. BOX 29710
PHOENIX, AZ 85038

ALBAN CAT
PO BOX 64251
BALTIMORE, MD 21264

JUST RITE EQUIPMENT
P.O. BOX 414746
BOSTON, MA 02241-4746

ASCENTIUM
23970 HIGHWAY 59 NORTH
KINGWOOD, TX 77339

LEADING EDGE
560 PEOPLE'S PLAZA
NEWARK, DE 19702

COMMERCIAL CREDIT GROUP
15 CHURCHVILLE RD, SUITE 137
BEL AIR, MD 21014

MD ELECTRIC
325 MEADOW GLEN DRIVE
BEAR, DE 19701

CRITERIUM-JAGAISI
1500-B SHALLCROSS AVENURE, SUITE 2A
WILMINGTON, DE 19806

NEWTEK
242 WEST 35TH STREET, 2ND FLOOR
NEW YORK, NY 10001

CROUSE BROTHERS
415 W. PULASKI HIGHWAY
ELKTON, MD 21921

PEARL CAPITAL
1501 BROADWAY STREET SUITE 1511
NEW YORK, NY 10036

DIRECT CABINETS
2020 N. SPRINGDALE RD, UNIT 500
CHERRY HILL, NJ 08003

RSS RACING
408 GOLDEN OAK COURT
BEL AIR, MD 21009

ENHANCED HVAC
528 N. REDFOX CIRCLE,
MIDDLETOWN, DE 19709

SHURLINE
P.O. BOX 249
281 W COMMERCE STREET
KENTON, DE 19955

FOX CAPITAL
140 BORADWAY STREET, 46TH FLOOR
NEW YORK, NY 10005

STATEWIDE PLUMBING
743 CLAYTON DELANEY ROAD
CLAYTON, DE 19938

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re  **Anglin Cultured Stone Products LLC**　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 50,000.00 |
   | Prior to the filing of this statement I have received | $ 9,000.00 |
   | Balance Due | $ 41,000.00 |

2. The source of the compensation paid to me was:

   ☒ Debtor　　☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor　　☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

2/8/2021
Date

Charles J. Brown, III
*Signature of Attorney*
Gellert Scali Busenkell & Brown, LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801
302-425-5813  Fax: 302-425-5814
cbrown@gsbblaw.com
*Name of law firm*